IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICHARD A. HAZELTON and
KELLY J. HAZELTON,

    Appellants,

v.

UW-STOUT ,

    Appellees.

Case No. 18-cv-159-jdp

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered reversing the decision of the United States Bankruptcy Court for the Western District of Wisconsin denying the motion for sanctions filed by Richard Hazelton and Kelly Hazelton and remanding this case to bankruptcy court for further proceedings.

| s/ K. Frederickson, Deputy Clerk | February 1, 2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |